

**FILED**
JUN 21 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

JARED MARTIN #1199594
Name and Prisoner/Booking Number

MADERA County JAIL
Place of Confinement

195 TOZER STREET
Mailing Address

MADERA, CA 93638
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

JARED ANDREW MARTIN ,)
(Full Name of Plaintiff)  )
         Plaintiff, )
                    )
        v.          ) CASE NO. 1:22-CV00749 BAM (PC)
                    )          (To be supplied by the Clerk)
(1) DARREN HUCKABAY ,)
(Full Name of Defendant) )
(2) RAYTHEL FISHER ,)
                    )   CIVIL RIGHTS COMPLAINT
(3) COUNTY OF MADERA ,)      BY A PRISONER
                    )
(4) CITY OF CHOWCHILLA ,)
                    )  ☒ Original Complaint
         Defendant(s). )  ☐ First Amended Complaint
                    )  ☐ Second Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.

**RECEIVED**
JUN 21 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2. Institution/city where violation occurred: VALLEY STATE PRISON

## B. DEFENDANTS

1. Name of first Defendant: **DARREN HUCKABAY**. The first Defendant is employed as: **SERGEANT** (Position and Title) at **VALLEY STATE PRISON** (Institution).

2. Name of second Defendant: **RAYTHEL FISHER**. The second Defendant is employed as: **WARDEN** (Position and Title) at **VALLEY STATE PRISON** (Institution).

3. Name of third Defendant: **County of Madera**. The third Defendant is employed as: _____ (Position and Title) at _____ (Institution).

4. Name of fourth Defendant: **City of Chowchilla**. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **4**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Martin** v. **Tyson J. Pogue**
      2. Court and case number: **Eastern District 1:22-cv-00560**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   b. Second prior lawsuit:
      1. Parties: **Martin** v. **Gutierrez**
      2. Court and case number: **Eastern District 1:22-cv-00600**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   c. Third prior lawsuit:
      1. Parties: **Martin** v. **D. Castillo**
      2. Court and case number: **Eastern District 1:22-cv-00002**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>First, Fourth, Fifth, 6th, Eighth and 14th Amendments U.S. Constitution</u>.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON April 17, 2020 AND May 6th OF THE SAME YEAR I WAS ASSAULTED BY SERGEANT DARREN HUCKABAY AND OTHER CORRECTIONAL OFFICERS. ON MAY 6, 2020 DARREN HUCKABAY WITHOUT CAUSE OR GOOD REASON HIT ME IN THE HEAD SEVERAL TIMES. I WAS THEN SLAMMED ON A CONCRETE FLOOR. AFTERWARD HUCKABAY GOT ON MY BACK AND TWISTED MY ARMS AND FEET. DARREN HUCKABAY THEN GRABBED ME BY THE BACK OF THE HEAD AND SLAMMED MY FACE INTO THE FLOOR. SERGEANT HUCKABAY THEN FILED FALSE RVRS AND FALSE POLICE REPORTS TO COVER UP THE ASSAULT ON ME. I SPOKE TO SEVERAL HIGHER UPS INCLUDING WARDEN RAYTHEL FISHER. ALL OF THEM TRIED TO HIDE HIS ABUSE AND MISCONDUCT. WARDEN FISHER I TALKED TO SEVERAL TIMES AND TOLD HIM I WAS BEATEN AND THAT I WAS BEING TORTURED BY HUCKABAY AND OTHERS, FISHER DID NOT STOP THEM.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I HAD BUMPS ON MY HEAD, BUSTED LIPS AND BRUISES ON MY LEGS. I HAD PAIN IN MY ARMS, LEGS AND BACK. THEY ALSO BROKE MY SHOULDER. I SUFFERED MENTAL AND PHYSICAL TRAUMA.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: 1st, 4th, 5th, 6th, 8th AND 14 Amendments U.S. Constitution.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was locked in Adseg (the hole) where Huckabay would abuse and terrorize me. He would deny me medical treatment. Huckabay would lie and tell the medical staff I refused to be treated. Huckabay would tell his staff of correctional officers to mistreat me. Mistreat meaning not feed me properly, write me up for things I didn't do. The man kept me in Adseg for almost a year, not answering my calls for medical attention and telling the medical staff to not treat me. Huckabay would not transfer out of that prison because he purposefully kept me there to harass and abuse me. He would cover my cell window for no reason. He would not give me a cell mate although I was eligible for one. He created a fake solitary situation was me. Sergeant Huckabay told his staff to torture and terrorize and had prison officials file false criminal charges against me. I maybe going back to prison for his lies.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I loss a lot of weight. I was not getting proper medical treatment. I was set up by Darren Huckabay to be sent back to prison.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 1st, 4th, 5th, 6th, 8th AND 14th Amendments United States Constitution.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☑ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   THE REASON THESE DISCIPLINARY PROCEEDINGS ARE IMPORTANT IS BECAUSE THESE FALSE REPORTS AND LIES WERE WRITTEN IN ORDER TO SEND ME TO A LEVEL 4 (FOUR) SECURITY PRISON WHERE I WOULD BE VICTIMIZED BY OTHER CORRECTIONAL OFFICERS. THOSE FALSE RULES VIOLATIONS REPORTS ARE BEING USED AS A VEHICLE TO SEND ME BACK TO PRISON SO CORRECTIONAL OFFICERS CAN MURDER ME. SERGEANT DARREN HUCKABAY PUT A HIT OUT ON ME. I HAVE NOT HAD A DAY OF PEACE SINCE I MET THAT MAN BECAUSE HE HAS MADE IT KNOWN TO OTHER CORRECTIONAL OFFICERS, HE WANTS ME DEAD. HUCKABAY AND HIS STAFF AND CO-CONSPIRATORS AND WARDEN FISHER TRIED TO KILL ME. I TOLD MADERA COUNTY DISTRICT ATTORNEY AND MADERA COUNTY SHERIFF AND THEY WILL NOT STOP IT. THE CITY OF CHOWCHILLA AND MADERA COUNTY DID NOTHING TO STOP IT.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I WAS STARVED, BEATEN, ABUSED, TORTURED, AND TERRORIZED. I HAVE BEEN DENIED MEDICAL TREATMENT. I HAVE BEEN IN PAIN, BOTH MENTAL AND PHYSICAL. I AM BEING SET UP FOR PRISON.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: I WANT U.S. ATTORNEY ASSISTANCE AND FBI PROTECTION BECAUSE I AM A TARGET FOR ABUSE AND MURDER THANKS TO DARREN HUCKABAY. I WANT STATE AND FEDERAL JUSTICE DEPARTMENT OF VALLEY STATE PRISON ALONG WITH CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. I WANT 200 million DOLLARS IN DAMAGES, I WANT A JURY TRIAL, I REQUEST DARREN HUCKABAY FIRED AND ARRESTED.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-13-2022
            DATE                                           SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.