UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>HUCKABAY, et al.,<br><br>Defendant. | No. 1:22-cv-00749-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 14) |

Plaintiff Jared Andrew Martin is a county jail inmate and former state prisoner proceeding *pro se* and *in formal pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 19, 2022, the assigned Magistrate Judge screened Plaintiff's complaint and granted leave either to file an amended complaint or notify the Court of his willingness to proceed on the one cognizable claim the Magistrate Judge identified. (ECF No. 11.) On August 25, 2022, Plaintiff filed a Notice to Proceed on Cognizable Claim(s). (ECF No. 13.) Pursuant to this notification, the Magistrate Judge issued findings and recommendations suggesting this action proceed only on Plaintiff's Eighth Amendment claim against Defendant Huckabay for excessive force on May 6, 2020. (ECF No. 14.) The Magistrate Judge further recommended that the Court dismiss all other claims and defendants based on Plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The findings and recommendations were served on Plaintiff and

contained notice that Plaintiff must file any objections within fourteen days after service. (*Id.* at 13.) On September 6, 2022, Plaintiff filed timely objections. (ECF No. 15.)

Plaintiff's objections generally set forth his disagreement with the Magistrate Judge's conclusion that he stated a cognizable claim only against Defendant Huckabay, contradicting Plaintiff's earlier notification of his willingness to proceed on this claim. Moreover, Plaintiff supports his disagreement with the same types of conclusory allegations he set forth in the complaint. Therefore, the objections do not provide any basis for this Court to deviate from the Magistrate Judge's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The Court adopts, in full, the Magistrate Judge's August 26, 2022 findings and recommendations (ECF No. 14);
2. This action shall proceed on Plaintiff's June 21, 2022 complaint (ECF No. 1) against Defendant Huckabay for excessive force on May 6, 2020, in violation of the Eighth Amendment;
3. The Court dismisses the other claims and defendants from this action for failure to state claims upon which relief may be granted; and
4. The Court refers this action back to the Magistrate Judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   September 29, 2022

UNITED STATES DISTRICT JUDGE