# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUCKABAY, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:22-cv-00749-ADA-BAM (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY DEADLINES IN COURT'S ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE<br>(ECF No. 29)<br><br>ORDER VACATING MAY 8, 2023 SETTLEMENT CONFERENCE<br>(ECF No. 28) |

　　　　Plaintiff Jared Andrew Martin ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Huckabay for excessive force on May 6, 2020, in violation of the Eighth Amendment.

　　　　A video settlement conference in this matter is currently scheduled on May 8, 2023, at 1:00 p.m. before Magistrate Judge Stanley A. Boone.  (ECF No. 28.)  Defendant was further directed to file a notice of opt-out if, after investigating the claims and conferring with Plaintiff, they do not wish to participate in a settlement conference.  The notice of opt-out, if any, is due on or before April 5, 2023, and if the case proceeds to a settlement conference, the parties' confidential settlement statements are due on or before May 1, 2023.  (*Id.*)

　　　　On March 16, 2023, the Court's order to Plaintiff was returned as "Undeliverable, Return to Sender, Not in Custody."  Plaintiff's notice of change of address is currently due on or before May 18, 2023.  Local Rule 183(b).

　　　　On April 3, 2023, Defendant filed a motion for administrative relief, requesting modification of the Court's order referring this case to post-screening ADR and staying the case.  (ECF No. 29.)  Defendant notes that according to the Madera County inmate lookup, Plaintiff is

no longer incarcerated at the Madera County Jail, his last-known address.  Pursuant to the CDCR inmate locator, Plaintiff is also not incarcerated at a CDCR institution.  In light of Plaintiff's unknown whereabouts and Defendant's inability to confer with Plaintiff to determine whether a settlement conference in this action would be a waste of resources, Defendant requests that the Court vacate or continue the April 5, 2023 opt-out deadline, as well as the May 1, 2023 confidential settlement statement deadline and the May 8, 2023 settlement conference.  (*Id.*)

Plaintiff has not had an opportunity to respond, but the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

The Court finds good cause to grant Defendant's request.  In light of the pending deadline for Plaintiff to provide an updated mailing address, and Defendant's inability to contact Plaintiff before an updated address is provided, the Court finds it appropriate to vacate the scheduled settlement conference and all related deadlines.  The stay will remain in place.  Should Plaintiff update his address in the near future, the Court will set a new date for an early settlement conference as necessary and appropriate.  Alternatively, if a settlement conference is not set, the Court will issue the discovery and scheduling order.  **If Plaintiff does not provide an updated mailing address by the May 18, 2023 deadline, the Court will recommend dismissal of this action for failure to prosecute**.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for administrative relief to modify deadlines in Court's order referring case to post-screening ADR and staying case, (ECF No. 29), is GRANTED;
2. The May 8, 2023 settlement conference and all related deadlines are VACATED; and
3. This action remains stayed pending the filing of Plaintiff's updated mailing address.

IT IS SO ORDERED.

Dated:   **April 4, 2023**                        /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE

2