UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUCKABAY,<br><br>　　　　　Defendant. | No. 1:22-cv-00749-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THIS ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE<br><br>(ECF No. 31) |

　　　　Plaintiff Jared Andrew Martin ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 24, 2023, the assigned Magistrate Judge issued findings and recommendations recommending dismissal of this action, without prejudice, based on Plaintiff's failure to prosecute. (ECF No. 31.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 3.) On June 1, 2023, the findings and recommendations served on Plaintiff's address of record were returned as "Undeliverable, Not in Custody, Return to Sender." (*See* docket.) No objections have been filed, and the deadline to do so has passed. Plaintiff has not otherwise communicated with

///

///

1

the Court regarding this action.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 24, 2023, (ECF No. 31), are adopted in full;
2. This action is DISMISSED, without prejudice, due to Plaintiff's failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 17, 2023

_____
UNITED STATES DISTRICT JUDGE

---

[1] According to Local Rule 182(f), "[e]ach appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective. Separate notice shall be filed and served on all parties in each action in which an appearance has been made." Here, Plaintiff must notify the Clerk of the Court of any change of address but has failed to do so. Therefore, service of the findings and recommendations, (ECF No. 31), to the prior address is fully effective.